IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
File No. 4:13-cv-00159-BO

| | |
|---|---|
| SCOTT FITZGERALD,<br><br>            Plaintiff,<br>v.<br><br>SUN TZU ENTERPRISES, INC.<br><br>            Defendant. | ORDER GRANTING MOTION TO REMAND |

The Plaintiff has Amended his Complaint to remove reference to federal law. In light of the foregoing there is no longer subject matter jurisdiction and the case should be remanded pursuant to 28U.S.C. 1447(C). The Defendant consents to the Plaintiff's Motion to Remand. [DE 13].

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Motion to Remand is GRANTED, and this case is REMANDED to New Hanover County Superior Court.

IT IS SO ORDERED, this the ___21___ day of ___August___, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE